# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BIOPRODUCTS INCORPORATED, et al, | ) ) ) | Case No. 5:07cv1540 |
| Plaintiff, | ) ) | |
| -vs- | ) ) ) | O R D E R |
| 71 CAROLYN BLVD, LLC, et al, Defendant. | ) ) ) ) | |

On August 21, 2007, this Court notified counsel for plaintiffs that unless good cause is shown for failure to serve defendants as provided under the rules, this action would be dismissed for want of prosecution. Upon review of the docket, there has been no good cause shown and no service of the summons and complaint upon the defendants in this matter. Therefore,

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the above entitled case is hereby dismissed without prejudice for want of prosecution.

IT IS SO ORDERED.

Dated: September 25, 2007

                                            *s/* Sara Lioi
                                            SARA LIOI
                                            UNITED STATES DISTRICT JUDGE